UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 14-80014-CR-ROSENBERG/ BRANNON

UNITED STATES OF AMERICA

        Plaintiff,

vs.

JOHN ORLANDO,

        Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Dave Lee Brannon August 12, 2014. A Report and Recommendation was filed on August 20, 2014 (D.E. 186) recommending that the Defendant's plea of guilty be accepted. The parties were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has reviewed the entire file and record and notes that no objections have been filed. After careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that

The Report and Recommendation (D.E. 186), of United States Magistrate Judge Dave Lee Brannon, is hereby **AFFIRMED and ADOPTED** in its entirety.

The Defendant is adjudged guilty of count three of the Superseding Indictment which charges that the Defendant knowingly and intentionally participated in the use of extortionate means to collect and attempt to collect extensions of credit, in violation of Title 18, United States Code, Section 894.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this **7** day of October, 2014.

                                            ROBIN L. ROSENBERG
                                            UNITED STATES DISTRICT JUDGE

Copied: Hon. Magistrate Brannon
All Counsel Of Record